IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURA LEE DAVILA, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | SA-22-CV-00297-JKP |
| WELLS FARGO BANK, N.A., JUAN FERNANDEZ, | § § § § | |
| *Defendants.* | § § § | |

## SHOW CAUSE ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings on April 6, 2022 [#5]. The Court ordered the parties to appear for an initial pretrial conference, to confer as required under Rule 26 of the Federal Rules of Civil Procedure, and to file a joint Rule 26 report and joint proposed scheduling recommendations on or before June 3, 2022 [#6]. The Court held the conference on June 7, 2022, as scheduled. Defendants appeared through counsel; Plaintiff failed to appear. Defendants informed the Court at the conference that Plaintiff has not responded to Defendants' attempts to confer despite the Court's order that the parties do so prior to the initial pretrial conference. Plaintiff also failed to file any pre-conference documents as ordered by the Court. Thus, Plaintiff has failed to follow multiple orders of this Court and to take the necessary steps to prosecute this case.

**IT IS THEREFORE ORDERED** that Plaintiff **SHOW CAUSE** why this case should not be dismissed for want of prosecution and for failure to follow a Court order on or before

**June 21, 2022**.  Plaintiff's failure to do so could result in the dismissal of this case under Rule 41(b).

SIGNED this 7th day of June, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE